# *EXHIBIT "A"*

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
05/05/2026
CT Log Number 552129140

## Service of Process Transmittal Summary

**TO:** Paula Larsen
WERNER CO.
61 EXECUTIVE CT, NORTH BUILDING
WEST MIDDLESEX, PA 16159-3070

**RE:** **Process Served in Delaware**

**FOR:** Werner Co. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: RYNE PERRY // To: Werner Co. |
| **CASE #:** | EF2026380 |
| **NATURE OF ACTION:** | Product Liability Litigation - Personal Injury |
| **PROCESS SERVED ON:** | The Corporation Trust Company, Wilmington, DE |
| **DATE/METHOD OF SERVICE:** | By Process Server on 05/05/2026 at 14:43 |
| **JURISDICTION SERVED:** | Delaware |
| **ACTION ITEMS:** | CT will retain the current log<br>Image SOP<br>Email Notification, Paula Larsen palarsen@wernerco.com<br>Email Notification, William Tidwell tidwewd@wernerco.com |
| **REGISTERED AGENT CONTACT:** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801<br>866-539-8692<br>CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, May 5, 2026
**Server Name:** Kevin Dunn

| | |
|---|---|
| Entity Served | WERNER CO. |
| Case Number | EF2026-380 |
| Jurisdiction | DE |

| Inserts | | |
|---|---|---|
| | | |

C1

Department of State: Division of Corporations

Allowable Characters

HOME

Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 4355669 | Incorporation Date / Formation Date: | 5/18/2007 (mm/dd/yyyy) |
| Entity Name: | WERNER CO. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

Submit

New Entity Search

For help on a particular field click on the Field Tag to take you to the help area.

STATE OF NEW YORK
SUPREME COURT COUNTY OF ULSTER

RYNE PERRY,

Plaintiff,

-against-

R.D. WERNER CO., INC., WERNER CO., A PENNSYLVANIA CORPORATION, doing business as "OLD LADDER", OLD LADDER CO., OLD LADDER CO. (PA), INC., WERNER CO., a Delaware Corporation, WERNER HOLDING CO., (PA) INC., and NEW WERNER HOLDING CO. (DE), INC., doing business as "PRODRIVEN GLOBAL BRANDS",

Defendants.

**SUMMONS**

Index No.: EF2026-380

**TO THE ABOVE NAMED DEFENDANTS:**

**YOU ARE HEREBY SUMMONED,** and required to serve upon plaintiff's attorney an answer to the complaint in this action within twenty (20) days after the service of this summons, exclusive of the date of service, or within thirty (30) days after service is complete if this summons is not personally delivered to you within the State of New York. In case of your failure to answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: February 2, 2026

**The Baynes Law Firm, PLLC**

By: ______________________
Brendan F. Baynes
*Attorneys for Plaintiff*
14340 Route 9W
PO Box 160
Ravena, NY 12143
518-756-6000

Trial is desired in the County of
Basis for venue *is plaintiff's residence.*
Plaintiff resides at Bostock Road, Shokan, Ulster County, New York

STATE OF NEW YORK
SUPREME COURT COUNTY OF ULSTER

RYNE PERRY,

Plaintiff, **VERIFIED COMPLAINT**

-against- Index No.: EF2026-380

R.D. WERNER CO., INC., WERNER CO., A PENNSYLVANIA CORPORATION, doing business as "OLD LADDER", OLD LADDER CO., OLD LADDER CO. (PA), INC., WERNER CO., a Delaware Corporation, WERNER HOLDING CO., (PA) INC., and NEW WERNER HOLDING CO. (DE), INC., doing business as "PRODRIVEN GLOBAL BRANDS",

Defendants.

**COMPLAINT**

Plaintiff, as and for his complaint, complaining of the defendants, does hereby respectfully allege and shows to the Court the following:

**FACTS**

FIRST: That each of the defendants does substantial business in New York State and extensively market and sell ladder products in New York.

SECOND: At all times hereinafter alleged, the plaintiff, Ryne Perry, resided at 432 Bostok Road, Shokan, Ulster County, New York, 12481.

THIRD: At all times hereinafter alleged, the defendant, R.D.Werner Co., Inc. is and was a corporation organized and existing by virtue and under the laws of the State of Pennsylvania.

FOURTH: At all times hereinafter alleged, the defendant, Werner Co., is and was a corporation organized and existing by virtue and under the laws of the State of Pennsylvania.

FIFTH: At all times hereinafter alleged, the defendant, Old Ladder Co., is and was a corporation organized and existing by virtue and under the laws of the State of Pennsylvania.

SIXTH: At all times hereinafter alleged, the defendant, Old Ladder Co., (PA), Inc. is and was a corporation organized and existing by virtue and under the laws of the State of Pennsylvania.

SEVENTH: At all times hereinafter alleged, Werner Co., is and was a corporation organized and existing by virtue and under the law of the State of Delaware.

EIGHTH: At all times hereinafter alleged, Werner Holding Co. (PA), Inc. is and was a corporation organized and existing by virtue and under the law of the State of Pennsylvania

NINTH: At all times hereinafter alleged, New Werner Holding Co. (DE) Inc., is and was a corporation organized and existing by virtue and under the law of the State of Delaware.

TENTH: That defendants R.D. Werner Co., Inc. and Werner Co., a Pennsylvania corporation, doing business as "Old Ladder", Old Ladder Co., Old Ladder Co. (PA), Inc., Werner Holding Co., Inc., New Werner Holding Co., Inc., Werner Co., a Delaware Corporation, design, manufacture, market, sell and distribute "Werner Ladders" and are collectively hereinafter referred to as "Defendants".

ELEVENTH: That said defendants now do business as "ProDriven Global Brands".

TWELVTH: That the defendants, each or all of them, did sell, design, distribute, manufacture and or market a "Werner" extension ladder, Model D716-2 with stamped manufacturing information "1191 44C 02" (hereinafter "Subject Ladder").

THIRTEENTH: That, to the extent applicable, such defendants are successors in interest to each other and are liable for each other's acts.

## AS AND FOR A FIRST CAUSE OF ACTION

FOURTEENTH: That the plaintiff herein, Ryne Perry, did suffer physical injury on or about February 5, 2023 at 61 Church Street in the Town of Olive, Ulster County, New York while utilizing said Werner ladder/ subject ladder, when subject ladder failed and caused plaintiff to fall from a height.

FIFTEENTH: That the reason he suffered injury was due to the defective Werner Ladder that was manufactured and or marketed and/or designed and/or distributed and/or warranted, by the defendants.

SIXTEENTH: That by reason of the conduct of the defendants, each or all of them are liable in strict liability in tort for the injuries suffered by Ryne Perry.

SEVENTEENTH: That the injuries suffered by Ryne Perry exceed the jurisdictional limit of this or any court.

## AS AND FOR A SECOND CAUSE OF ACTION

EIGHTEENTH: The Plaintiff repeats, reiterates and realleges each and every allegation of the within complaint from paragraph "First" through "Sixteenth" inclusive with the same force and effect as if hereinagain realleged at length.

NINTEENTH: The plaintiff, Ryne Perry, sustained injury by reason of the negligence of the defendants, each or all of them, in the design or manufacture of said subject ladder.

TWENTY: That one or all of the defendants negligently failed in their duty to warn users of said ladder of the inherent risks of said ladder based on its negligent design and manufacture.

TWENTY-ONE: That as a result of the negligence of each or all of defendants the plaintiff, Ryne Perry, suffered physical injuries that exceed the jurisdictional limit of this or any other court.

TWENTY-TWO: The Plaintiff repeats, reiterates and realleges each and every allegation of the within complaint from paragraph "First" through "Twenty One" inclusive with the same force and effect as if hereinagain realleged at length.

**AS AND FOR A THIRD CAUSE OF ACTION**

TWENTY-THREE: The Plaintiff repeats, reiterates and realleges each and every allegation of the within complaint from paragraph "First" through "Twenty Two" inclusive with the same force and effect as it hereinagain realleged at length.

TWENTY-FOUR: That one or all of the defendants have breached their warranty for fitness for intended use in the marketing, manufacturing, design, distribution and sale of said Werner ladder/ subject ladder.

**WHEREFORE**, plaintiff demands judgment against defendants in an amount that exceeds the jurisdictional limits of this or any other Court; together with the costs and disbursements of this action; reasonable attorney fees or as the law shall provide at the time of rendition of the verdict.

Dated: January 29, 2026

The Baynes Law Firm, PLLC

By: ____________________
Brendan F. Baynes
*Attorneys for Plaintiff Ryne Perry*
14340 Route 9W
PO Box 160
Ravena, NY 12143

518-756-6000

TO:

R.D. WERNER CO., INC.

WERNER CO., A PENNSYLVANIA CORPORATION,
doing business as "OLD LADDER"

OLD LADDER CO.
OLD LADDER CO. (PA), INC.

WERNER CO., a Delaware Corporation,

WERNER HOLDING CO., (PA) INC.

NEW WERNER HOLDING CO. (DE), INC.
doing business as "PRODRIVEN GLOBAL BRANDS"

STATE OF NEW YORK :

:ss
COUNTY OF ALBANY :

The undersigned, an attorney admitted to practice in the Courts of New York State states:

Deponent is **Brendan F. Baynes, Esq.**, a member of The Baynes Law Firm, PLLC, attorneys of record for Plaintiff in the within action; deponent has read the foregoing Verified Complaint and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes them to be true. This verification is made by deponent and not by the Plaintiff because Plaintiff's residence is not within the County where deponent maintains his office.

The grounds of deponent's belief as to all matters not stated upon deponent's knowledge are as follows: Investigation made and information acquired.

The undersigned affirms that the forgoing statements are true, under the penalties of perjury.

Brendan F. Baynes, Esq.

Sworn to before me, this
2 day of February, 2026

Notary Public, State of New York

ELAINE CORNACCHIA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01CO6272151
Qualified in Greene County
My Commission Expires: 11/13/2028

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
05/05/2026
CT Log Number 552138822

## Service of Process Transmittal Summary

**TO:** Paula Larsen
WERNER CO.
61 EXECUTIVE CT, NORTH BUILDING
WEST MIDDLESEX, PA 16159-3070

**RE:** **Process Served in Delaware**

**FOR:** New Werner Holding Co., Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: RYNE PERRY // To: New Werner Holding Co., Inc. |
| **CASE #:** | EF2026380 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | The Corporation Trust Company, Wilmington, DE |
| **DATE/METHOD OF SERVICE:** | By Process Server on 05/05/2026 at 14:43 |
| **JURISDICTION SERVED:** | Delaware |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/07/2026, Expected Purge Date: 05/12/2026<br><br>Image SOP<br><br>Email Notification, Paula Larsen palarsen@wernerco.com<br><br>Email Notification, William Tidwell tidwewd@wernerco.com |
| **REGISTERED AGENT CONTACT:** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801<br>866-539-8692<br>CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF ULSTER

*Case No.* EF2026-380

02/03/2026
Calendar No.

RYNE PERRY

*Plaintiff(s) Petitioner(s)*

*against*

R.D. WERNER CO., INC., ET AL.

*Defendant)s) Respondent(s)*

*AFFIDAVIT OF SERVICE*

STATE OF DELAWARE, COUNTY OF: NEW CASTLE ss.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at Wilmington, DE

On 05/05/2026 at 2:45 P .M., at C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE ST., WILMINGTON, DE 19801

deponent served the within

☐ summons and complaint
☐ subpoena duces tecum
☐ citation
☑ SUMMONS; VERIFIED COMPLAINT;

on WERNER CO. ☑ defendant ☐ witness ☐ respondent hereinafter called the recipient therein named

INDIVIDUAL 1. ☐ by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

CORPORATION 2. ☑ a DELAWARE corporation, by delivering thereat a true *copy of each* to ROBIN HUTT-BANKS personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be MANAGING AGENT EMPLOYED AT REGISTERED AGENT thereof

SUITABLE AGE PERSON 3. ☐ by delivering thereat a true copy *of each* to a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

AFFIXING TO DOOR, ETC. 4. ☐ by affixing a true copy of *each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

MAILING TO RESIDENCE USE WITH 3 OR 4 5A. ☐ Deponent talked to at said premises who stated that recipient ☐ lived ☐ worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO BUSINESS USE WITH 3 OR 4 5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

DESCRIPTION ☑

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☑ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☑ Female | ☑ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100- 130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☑ 5'4"-5'8" | ☑ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☑ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

☐ Other identifying features:

WITNESS FEES ☐ $ the authorizing traveling expenses and one days' witness fee: ☐ was paid (tendered) to the recipient ☐ was mailed to the witness with subpeona copy.

MILITARY SERVICE ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore* ordinary *civilian clothes and no military* uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 05/05/2026

License No.
GILBERT DEL VALLE
BRANDYWINE PROCESS SERVERS, LLC
P.O. BOX 1360 WILMINGTON, DE 19899

KEVIN STEWART DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires OCTOBER 8, 2027

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF ULSTER

*Case No.* EF2026-380

02/03/2026
Calendar No.

RYNE PERRY

*Plaintiff(s) Petitioner(s)*

*against*

R.D. WERNER CO., INC., ET AL.

*Defendant)s) Respondent(s)*

*AFFIDAVIT OF SERVICE*

STATE OF DELAWARE, COUNTY OF: NEW CASTLE ss.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at Wilmington, DE

On 05/05/2026 at 2:45 P .M., at C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE ST., WILMINGTON, DE 19801

deponent served the within

☐ summons and complaint
☐ subpoena duces tecum
☐ citation
☑ SUMMONS; VERIFIED COMPLAINT;

on NEW WERNER HOLDING CO., INC. ☑ defendant ☐ respondent ☐ witness hereinafter called the recipient therein named

INDIVIDUAL 1. ☐ by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

CORPORATION 2. ☑ a DELAWARE corporation, by delivering thereat a true *copy of each* to ROBIN HUTT-BANKS personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be MANAGING AGENT EMPLOYED AT REGISTERED AGENT thereof

SUITABLE AGE PERSON 3. ☐ by delivering thereat a true copy *of each* to a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

AFFIXING TO DOOR, ETC. 4. ☐ by affixing a true copy of *each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

MAILING TO RESIDENCE USE WITH 3 OR 4 5A. ☐ Deponent talked to at said premises who stated that recipient ☐ lived ☐ worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO BUSINESS USE WITH 3 OR 4 5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

DESCRIPTION ☑

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☑ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☑ Female | ☑ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☑ 5'4"-5'8" | ☑ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☑ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

☐ Other identifying features:

WITNESS FEES ☐ $ the authorizing traveling expenses and one days' witness fee: ☐ was paid (tendered) to the recipient ☐ was mailed to the witness with subpeona copy.

MILITARY SERVICE ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore* ordinary *civilian clothes and no military* uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 05/05/2026

KEVIN STEWART DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires OCTOBER 8, 2027

License No.
GILBERT DEL VALLE

BRANDYWINE PROCESS SERVERS, LLC

P.O. BOX 1360 WILMINGTON, DE 19899

## AFFIDAVIT OF NON-SERVICE

| | | |
|---|---|---|
| **Case:** EF2026-380 | **Court:** Supreme Court of the State of New York County of Ulster | **Job:** 15829363 |
| **Plaintiff / Petitioner:** RYNE PERRY | | **Defendant / Respondent:** R.D. WERNER CO., INC., ET AL. |
| **Received by:** Harris Investigations, LLC | | **For:** Baynes Law Firm |
| **To be served upon:** R.D. Werner Co., Inc. | | |

I, William Seese, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** R.D. Werner Co., Inc. , 93 Werner Road, Greenville, PA 16125
**Manner of Service:** Bad Address
**Documents:** Summons and Complaint (Received May 5, 2026 at 12:00pm EDT)

**Additional Comments:**
1) Unsuccessful Attempt: May 6, 2026, 12:04 pm EDT at 93 Werner Road, Greenville, PA 16125
Spoke with security guard Jim Mortimer who told me that they closed years ago, but the same company was at 61 executive dr West Middlesex,Pa

William Seese 5-6-26
William Seese Date

Harris Investigations, LLC
PO Box 304
Lansdale, Pa 19446
704-692-7247

# AFFIDAVIT OF SERVICE

| Case: EF2026-380 | Court: Supreme Court of the State of New York County of Ulster | Job: 15839823 |
|---|---|---|
| Plaintiff / Petitioner: RYNE PERRY | | Defendant / Respondent: R.D. WERNER CO., INC., ET AL. |
| Received by: Harris Investigations, LLC | | For: Baynes Law Firm |
| To be served upon: R.D. Werner Co., Inc. | | |

I, William Seese, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jamie Gabriel, 61 Executive Court, West Middlesex, PA 16159
**Manner of Service:** Business, May 6, 2026, 1:34 pm EDT
**Documents:** Summons and Complaint (Received May 5, 2026 at 12:00pm EDT)

**Additional Comments:**
1) Successful Attempt: May 6, 2026, 1:34 pm EDT at 61 Executive Court, West Middlesex, PA 16159 received by Jamie Gabriel. Age: 40; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'7"; Hair: Brown; Eyes: Brown; Relationship: Manager; Other: Blue top and blue jeans wearing glasses;
Ring bell and was meet by the office manager Jamie Gabriel who accepted the paperwork for Werner Co

William Seese 5-6-26
William Seese Date

Harris Investigations, LLC
PO Box 304
Lansdale, Pa 19446
704-692-7247

## AFFIDAVIT OF SERVICE

| Case: EF2026-380 | Court: Supreme Court of the State of New York County of Ulster | Job: 15839804 |
|---|---|---|
| Plaintiff / Petitioner: RYNE PERRY | | Defendant / Respondent: R.D. WERNER CO., INC., ET AL. |
| Received by: Harris Investigations, LLC | | For: Baynes Law Firm |
| To be served upon: Werner Co. | | |

I, William Seese, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jamie Gabriel, 61 Executive Court, West Middlesex, PA 16159
**Manner of Service:** Business, May 6, 2026, 1:34 pm EDT
**Documents:** Summons and Complaint (Received May 5, 2026 at 12:00pm EDT)

**Additional Comments:**
1) Successful Attempt: May 6, 2026, 1:34 pm EDT at 61 Executive Court, West Middlesex, PA 16159 received by Jamie Gabriel. Age: 40; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'7"; Hair: Brown; Eyes: Brown; Relationship: Manager; Other: Blue top and blue jeans wearing glasses;
Ring bell and was meet by the office manager Jamie Gabriel who accepted the paperwork for Werner Co

William Seese 5-6-26
William Seese Date

Harris Investigations, LLC
PO Box 304
Lansdale, Pa 19446
704-692-7247

# AFFIDAVIT OF SERVICE

| Case: EF2026-380 | Court: Supreme Court of the State of New York County of Ulster | Job: 15839794 |
|---|---|---|
| Plaintiff / Petitioner: RYNE PERRY | | Defendant / Respondent: R.D. WERNER CO., INC., ET AL. |
| Received by: Harris Investigations, LLC | | For: Baynes Law Firm |
| To be served upon: Old Ladder Co. | | |

I, William Seese, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jamie Gabriel, 61 Executive Court, West Middlesex, PA 16159

**Manner of Service:** Business, May 6, 2026, 1:34 pm EDT

**Documents:** Summons and Complaint (Received May 5, 2026 at 12:00pm EDT)

**Additional Comments:**
1) Successful Attempt: May 6, 2026, 1:34 pm EDT at 61 Executive Court, West Middlesex, PA 16159 received by Jamie Gabriel. Age: 40; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'7"; Hair: Brown; Eyes: Brown; Relationship: Manager; Other: Blue top and blue jeans wearing glasses;
Ring bell and was meet by the office manager Jamie Gabriel who accepted the paperwork for Werner Co

William Seese 5-6-26

William Seese Date

Harris Investigations, LLC
PO Box 304
Lansdale, Pa 19446
704-692-7247

## AFFIDAVIT OF SERVICE

| Case: EF2026-380 | Court: Supreme Court of the State of New York County of Ulster | Job: 15839784 |
|---|---|---|
| **Plaintiff / Petitioner:** RYNE PERRY | | **Defendant / Respondent:** R.D. WERNER CO., INC., ET AL. |
| **Received by:** Harris Investigations, LLC | | **For:** Baynes Law Firm |
| **To be served upon:** Werner Holding Co. (PA) Inc. | | |

I, William Seese, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jamie Gabriel, 61 Executive Court, West Middlesex, PA 16159
**Manner of Service:** Business, May 6, 2026, 1:34 pm EDT
**Documents:** Summons and Complaint (Received May 5, 2026 at 12:00pm EDT)

**Additional Comments:**
1) Successful Attempt: May 6, 2026, 1:34 pm EDT at 61 Executive Court, West Middlesex, PA 16159 received by Jamie Gabriel. Age: 40; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'7"; Hair: Brown; Eyes: Brown; Relationship: Manager; Other: Blue top and blue jeans wearing glasses;
Ring bell and was meet by the office manager Jamie Gabriel who accepted the paperwork for Werner Co

William Seese 5-6-26

William Seese Date

Harris Investigations, LLC
PO Box 304
Lansdale, Pa 19446
704-692-7247