UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

RYNE PERRY,                                                       Docket No.: 1:26-cv-1171 (AMN/ML)

                Plaintiff,

      -against –                                               **RULE 7.1**
                                                                 **DISCLOSURE**

R.D. WERNER CO., INC., WERNER CO., A PENNSYLVANIA
CORPORATION, doing business as "OLD LADDER", OLD
LADDER CO., OLD LADDER CO. (PA), INC., WERNER CO., a
Delaware Corporation, WERNER HOLDING CO., (PA) INC., and
NEW WERNER HOLDING CO. (DE), INC., doing business as
"PRODRIVEN GLOBAL BRANDS",

                Defendants.
----------------------------------------------------------------------X

       Pursuant to the Federal Rules of Civil Procedure Rule 7.1, **New Werner Holding Co., Inc. d/b/a "Prodriven Global Brands"** states that it is a party to this lawsuit, and is a privately owned corporation. New Werner Holding Co., Inc. owns all of the stock of Werner Co., a Delaware corporation.

Dated: New York, New York
       June 3, 2026

                LEWIS BRISBOIS BISGAARD & SMITH LLP


                **By:**    **/s/ Peter T. Shapiro**

                 Peter T. Shapiro (PS-9692)
                 David M. Pollack (DP-6143)
                 *Attorneys for Defendants*
                 *WERNER CO., a Delaware Corporation, and*
                 *NEW WERNER HOLDING CO., INC., doing*
                 *business as "PRODRIVEN GLOBAL BRANDS"*
                 140 Broadway
                 New York, New York
                 212-232-1300
                 212-232-1399 (F)
                 *Peter.shapiro@lewisbrisbois.com*
                 *David.pollack@lewisbrisbois.com*

176955403.3                                   10

TO:

Brendan F. Baynes, Esq.
The Baynes Law Firm, PLLC
14340 Route 9W
P.O. Box 160
Ravena, New York 12143
518-756-6000
*Attorneys for Plaintiff*
*RYNE PERRY*